1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  BARRY MOSS, | CASE NO. 07-CV-1617-H (WMC) |
| 12                   Plaintiff, | |
| 13  vs. | **ORDER CONDITIONALLY GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| 14  JAMES and JANE BALDWIN, | |
| 15                   Defendants. | |

On August 15, 2007, pro se plaintiff Barry Moss ("Plaintiff") filed a complaint against defendants James and Jane Baldwin ("Defendants") alleging a violation of the U.S. Fair Credit Reporting Act, 15 U.S.C. § 1681 et. seq. (Doc. No. 1.) Plaintiff concurrently filed a motion to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a). (Doc. No. 2.) For the reasons stated below, the Court **CONDITIONALLY GRANTS** Plaintiff's motion to proceed IFP.

### Discussion

**I.    Motion to Proceed In Forma Pauperis**

Section 1915(a) of title 28 of the United States Code allows a court to authorize a party to commence a lawsuit without prepayment of the filing fee if the plaintiff submits an affidavit demonstrating his or her inability to pay the filing fee. Plaintiff submitted a boilerplate IFP request, in which he stated that he has been unemployed since June 2006 and has no means of supporting himself. Plaintiff failed, however, to

1  answer question 10, which asks whether he has any assets or items of value.  Therefore,
2  the Court **grants** Plaintiff's IFP request, **on the condition** that Plaintiff file a
3  declaration indicating whether he has any assets or items of value, such as, but not
4  limited to, real estate, trusts, inheritances, bonds, stocks, jewelry, artwork, cars, boats,
5  or any other item of value, including any items held in someone else's name.  The
6  Court retains discretion to amend this order any deny Plaintiff's IFP request if Plaintiff
7  fails to provide the Court such a declaration on or before **September 26, 2007.**
8          IT IS SO ORDERED.
9  DATED:  August 27, 2007

                                                    _____
                                                    MARILYN L. HUFF, District Judge
                                                    UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.